1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Fax: (702) 388-6418
   jared.l.grimmer@usdoj.gov
6  *Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00135-RFB-DJA |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| JUAN MANUEL VALIENTE-EQUISABEL, <br>   aka "Juan Valiente-Equizabel," <br>   aka "Juan Valiente-Eguizabel," <br>   aka "Juan Eguizobel," <br>   aka "Juan Francisco Varges, <br> Defendant. | |

The United States of America, by and through its attorneys, Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about April 16, 2021, a Complaint was filed with the Court, charging Mr. Valiente-Equisabel with violation of 8 U.S.C. § 1326(b), Deported Alien Found in the United States. *See* ECF No. 1, 2:21-mj-00318-NJK.

1  2. Mr. Valiente-Equisabel made an initial appearance before the Court on or about April 19, 2021, and was ordered detained pending trial. *Id.* at ECF Nos. 3, 16. Mr. Valiente-Equisabel remains detained by the U.S. Marshals Service.

3. Mr. Valiente-Equisabel has signed a plea agreement with the United States, and this Court has set a change of plea hearing for July 8, 2021. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 12th day of May, 2021.

                                                  CHRISTOPHER CHIOU
                                                Acting United States Attorney

                                                */s/ Jared L. Grimmer*
                                                JARED L. GRIMMER
                                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00135-RFB-DJA |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| JUAN MANUEL VALIENTE-EQUISABEL, <br>   aka "Juan Valiente-Equizabel," <br>   aka "Juan Valiente-Eguizabel," <br>   aka "Juan Eguizobel," <br>   aka "Juan Francisco Varges, <br> Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Juan Manuel Valiente-Equisabel,* is unsealed.

**DATED** this  13th  day of May, 2021.

By the Court:

_____
Honorable Richard F. Boulware, II
United States District Judge